## Robert Michael PHILLIPSON, Plaintiff–Appellant,

v.

## Larry BRYSON, Haywood County Jail Administrator; Jim Schick, Haywood County Jail Administrator/Detective, Defendants–Appellees.

### No. 13–7090.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 27, 2014.

Decided: March 4, 2014.

Robert Michael Phillipson, Appellant Pro Se.

Before NIEMEYER, KING, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Michael Phillipson appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Phillipson v. Bryson,* No. 1:13–cv–00136–RJC, 2013 WL 2456021 (W.D.N.C. June 6, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*